```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ALTER TRADING CORPORATION     *          CIVIL ACTION

VERSUS                        *          NO: 08-991

LAROSE SCRAP & SALVAGE, INC.  *          SECTION: "D"(4)
```

### ORDER AND REASONS

Before the court is the **"Motion to Transfer Venue" (Doc. No. 4)** filed by Defendant, LaRose Scrap & Salvage, Inc. (LaRose). Plaintiff, Alter Trading Corporation, filed a memorandum in opposition. The motion, set for hearing on Wednesday, April 23, 2008, is before the court on briefs, without oral argument. Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be denied.

In its motion, Defendant LaRose seeks to have this matter transferred, pursuant to 28 U.S.C. §1404(a), to the United States District Court for the Western District of Louisiana, which is located in Lafayette, Louisiana. However, the court finds that the following factors weigh against transfer: (1) it is more convenient for Plaintiff Alter (and its employees/representatives)

to travel from St. Louis, Missouri (where Alter is located) to New Orleans as opposed to Lafayette; (2) it is more convenient for Alter's potential third-party witnesses, particularly those employed by IPSCO who reside in Mobile, Alabama, to travel to New Orleans as opposed to Lafayette; (3) a portion of this litigation relates to three barges that LaRose purportedly loaded for Alter at LaRose's facility in Houma, Louisiana, which in within this court's jurisdiction.  Other factors are neutral, including: ease of access to sources of proof; calendar congestion and forum law familiarity.

In short, Defendant LaRose has failed to overcome the strong presumption in favor of Plaintiff's choice of forum.  Any inconvenience that Defendant LaRose may suffer with venue in New Orleans does not strongly outweigh the inconvenience that Plaintiff Alter would suffer if venue was transferred to Lafayette.

Accordingly;

**IT IS ORDERED** that Defendant LaRose's **"Motion to Transfer Venue" (Doc. No. 4)** be and is hereby **DENIED.**

New Orleans, Louisiana, this **24th** day of **April**, **2008.**

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE