UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ALTER TRADING CORPORATION       *          CIVIL ACTION

VERSUS                          *          NO: 08-991

LAROSE SCRAP & SALVAGE, INC.    *          SECTION: "D"(4)

## ORDER AND REASONS

Before the court is the **"Motion for Entry of Federal Rule of Civil Procedure 54(b) Final Judgment" (Doc. No. 26)** filed by Plaintiff, Alter Trading Corporation (Alter).  Defendant, Larose Scrap & Salvage, Inc. (Larose), filed a memorandum in opposition. The motion, set for hearing on Wednesday, November 5, 2008, is before the court on briefs, without oral argument.  Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be denied.

The court previously granted Alter's Motion for **Partial Summary Judgment" (Doc. No. 15),** entitling Alter to partial summary judgment against Larose in the amount of $202,500 for funds that Alter advanced Larose for the purchase of 1,250 gross tons of unprepared pipe that Larose never loaded on Barge MG 255, plus

interest from the date Larose received the funds from Alter.  (*See* Order and Reasons, Doc. No. 25).  Alter now seeks a 54(b) Judgment based on this ruling.  Pursuant to Rule 54(b), the court may direct final judgment as to one or more but fewer than all of the claims ... only upon an express determination that there is no just reason for delay ...." Fed.R.Civ.Proc. 54(b).  Here, the court finds that Rule 54(b) certification is inappropriate.  The Fifth Circuit does not favor 54(b) judgments, because as in this case, the possibility that an entry of judgment will produce piecemeal review outweighs the danger of denying justice by delay.  Accordingly;

**IT IS ORDERED** that Alter's **"Motion for Entry of Federal Rule of Civil Procedure 54(b) Final Judgment" (Doc. No. 26)** be and is hereby **DENIED.**

New Orleans, Louisiana, this **5th** day of **November**, **2008**.

                                        A.J. McNAMARA
                            UNITED STATES DISTRICT JUDGE